UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON LAMONT STRIBLING,

    Plaintiff,

v.

L. L. JORDAN, et al.,

    Defendants.

Case No. 18-cv-02365-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: March 4, 2020

YVONNE GONZALEZ ROGERS
United States District Judge